## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| ROBERT D. REICHERT<br>KATHY REICHERT<br>Debtor(s). | BANKRUPTCY # 10-22237 |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| RC Willey<br>PO Box 65320<br>Salt Lake City, UT 84165-0320 | $4.85 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$4.85** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 20th day of May, 2011.

_____/s/_____
Steven R. Bailey, Trustee